UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 4:26-cv-00158

———

**Quincy Joseph Crandle,**
*Plaintiff,*

v.

**Option One Mortgage Corp. et al.,**
*Defendants.*

———

# ORDER

Plaintiff, proceeding pro se and requesting to proceed in forma pauperis, sued defendants under various federal and state statutes. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's federal claims be dismissed without prejudice under 28 U.S.C. § 1915(e)(2) for failure to state a claim and that plaintiff's state claims be dismissed without for lack of pendent jurisdiction. Doc. 16 at 7. Plaintiff timely objected to the report. Doc. 18.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). However, the "objections must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). Furthermore, a party's entitlement to de novo review does not entitle it to raise arguments that were not presented to the magistrate judge without a compelling reason. *See Cupit v. Whitley*, 28 F.3d 532, 535 & n.5 (5th Cir. 1994). When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

- 1 -

Here, plaintiff raises several generic objections about his need for discovery and requests liberal construction of his pleadings. Doc. 18. The objections do not address the magistrate judge's conclusion that plaintiff failed to state a federal claim. As such, plaintiff's objections fail to identify any specific legal or factual error in the report. Thus, the court need only review the record for clear error.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's federal claims are dismissed without prejudice for failure to state a claim. Plaintiff's state claims are dismissed without prejudice for lack of pendent jurisdiction. Any pending motions are denied as moot.

*So ordered by the court on May 18, 2026.*

J. CAMPBELL BARKER
United States District Judge